AUGUSTUS B. WOOD-WARD *versus* JOHN E. SCHWARZ.

JOURNAL ENTRIES (1826–27): *Journal 4:* (1) Continued *p. 108; (2) dismissed *p. 134.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return.
*Chancery Case* 72 of 1826.

DeGARMO JONES AND THOMAS PALMER *versus* SAMUEL SHERWOOD AND THOMAS ROWLAND.

JOURNAL ENTRIES (1826–29): *Journal 4:* (1) Motion to dissolve injunction and to dismiss bill *p. 110; (2) injunction dissolved, nisi *p. 116; (3) motion to take bill as confessed and to make injunction perpetual *p. 134; (4) motion to make dissolution absolute, reference *p. 182; (5) name of solicitor entered, continued *p. 216; (6) motion to take bill as confessed *p. 284; (7) bill taken as confessed *p. 288; (8) case argued, submitted *p. 290; (9) injunction made perpetual, money deposited ordered repaid *p. 308.
PAPERS IN FILE: (1) Bill of complaint, allowance of injunction; (2) writ of injunction and return; (3) writ of subpoena and return; (4) recognizance for injunction; (5) motion to dissolve injunction; (6) precipe for writ of subpoena; (7) writ of subpoena and return; (8) motion for decree pro confesso and for perpetual injunction; (9) motion to make dissolution absolute and for reference to clerk; (10) register's report; (11) affidavit of Thomas Palmer re deposit of money; (12) draft of order for decree pro confesso.
*Chancery Case* 71 of 1826.

IN THE MATTER OF AGATHA VISGER, A LUNATIC.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Petition granted *p. 108.
PAPERS IN FILE: (1) Certificate of Judge of Probate, Wayne County; (2) petition, draft of order.
*1824–36 Calendar*, MS p. 125.